No. 90–848. HILTON *v.* SOUTH CAROLINA PUBLIC RAILWAYS COMMISSION. Sup. Ct. S. C. [Certiorari granted, 498 U. S. 1081.] Motion of petitioner to dispense with printing the joint appendix granted.

No. 90–7160. MILLS *v.* UNITED STATES. C. A. 9th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until May 6, 1991, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.

JUSTICE MARSHALL and JUSTICE STEVENS, dissenting.

For the reasons expressed in *Brown* v. *Herald Co.*, 464 U. S. 928 (1983), we would deny the petition for writ of certiorari without reaching the merits of the motion to proceed *in forma pauperis*.

No. 90–7386. IN RE GAMBLE. Petition for writ of habeas corpus denied.

No. 90–1056. BURSON, ATTORNEY GENERAL AND REPORTER FOR TENNESSEE *v.* FREEMAN. Sup. Ct. Tenn. Certiorari granted.

No. 90–1279. COLLINS *v.* CITY OF HARKER HEIGHTS, TEXAS. C. A. 5th Cir. Certiorari granted.

No. 90–1205. UNITED STATES *v.* MABUS, GOVERNOR OF MISSISSIPPI, ET AL.; and

No. 90–6588. AYERS ET AL. *v.* MABUS, GOVERNOR OF MISSISSIPPI, ET AL. C. A. 5th Cir. Motions of NAACP Legal Defense and Educational Fund, Inc., and 17 Afro-American students who formerly attended University of Mississippi for leave to file briefs as *amici curiae* granted. Motion of petitioners in No. 90–6588 for leave to proceed *in forma pauperis* granted. Certiorari granted in No. 90–1205. Certiorari granted in No. 90–6588 limited to Questions 1 and 2 presented by the petition. Cases consolidated and a total of one hour allotted for oral argument. Reported below: 914 F. 2d 676.

No. 90–6531. HUDSON *v.* McMILLIAN ET AL. C. A. 5th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted.